

FILED

MAR 1 1 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 17CR0091-H |
| Plaintiff, | |
| v. | Booking No. 77558-112 |
| CARLOS MEDINA-RIVERA (4), | JUDGMENT AND ORDER OF DISMISSAL |
| Defendant. | |

Based upon the motion of the United States, the Court grants the Government's motion to dismiss without prejudice the Indictment in the above entitled case against Defendant Carlos Medina-Rivera. The Defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 11, 2019

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-